IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE M. SABELLA-DORIO, | No. C 07-03197 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

On November 1, 2007, defendant moved to dismiss this action for failure to exhaust administrative remedies. Plaintiff is directed to file her response to defendant's motion on or before November 30, 2007. Defendant's reply shall be filed on or before December 7, 2007.

**IT IS SO ORDERED.**

Dated: Nov. 6, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\3197\orderreopposition.wpd