IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE M. SABELLA-DORIO,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | No. C 07-03197 CRB<br><br>**ORDER OF DISMISSAL** |

    On November 1, 2007, defendant moved to dismiss this action for failure to exhaust administrative remedies. On November 6, 2007, the Court ordered plaintiff to file her response to defendant's motion on or before November 30, 2007. The Court's order was served by mail on the pro se plaintiff. As of the date of this Order, plaintiff has not filed an opposition and has not otherwise communicated with the Court. As defendant's motion establishes that plaintiff has not exhausted her administrative remedies, defendant's motion to dismiss is GRANTED.

    **IT IS SO ORDERED.**

Dated: Dec. 10, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\3197\orderofdismissal.wpd